BOROUGH OF LINDEN, NOW CITY OF LINDEN, PLAINTIFF,
v. MARYLAND CASUALTY COMPANY, DEFENDANT.

Decided October 19, 1925.

On rule for new trial.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH
and CAMPBELL.

For the plaintiff, *Whittemore & McLean.*

For the defendant, *Frank G. Turner.*

PER CURIAM.

This was a suit upon a bond given to secure the faithful
performance of a sewer construction contract.

Plaintiff has a judgment upon verdict for $1,247.63, and
defendant has a rule to show cause why the verdict should
not be set aside and a new trial granted, assigning several
reasons therefor, our examination of which leads us to the
conclusion that the verdict should not be disturbed.

The rule to show cause is discharged, with costs.